IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RESEARCH FRONTIERS INCORPORATED, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 13-1231-LPS |
| E INK CORPORATION, ET AL., | : : | |
| Defendants. | : | |

## ORDER

At Wilmington this 23rd day of **June, 2016.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 163) on March 31, 2016;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' motion for partial summary judgment (D.I. 77);

WHEREAS, any Objections to the Report and Recommendation were to be filed by April 18, 2016;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 163) is **ADOPTED** and Defendants' motion for partial summary judgment (D.I. 77) is DENIED in all respects, except with regard to the issue relating to Tada's reference to

"organometal[s]", which may be addressed at the time of case dispositive motion briefing.

/s/ Leonard P. Stark
UNITED STATES DISTRICT JUDGE